**No. 49293.**— Protests 961069–G, etc., of F. B. Vandegrift & Co. (Philadelphia).

Opinion by KEEFE, J. At the trial it was established that the merchandise in question is in all material respects the same as exhibit 1 in the case of *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444) and the record therein, insofar as it pertains to said exhibit 1, was incorporated herein. In accordance therewith the graphite in question was held dutiable at 10 percent under paragraph 213 as claimed.

**No. 49294.**— Protest 958373–G of W. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J. The invoice papers disclosed, from the red-ink notations of the appraiser, that 60 percent of the water chestnuts were spoiled and that 100 percent of the taros were spoiled. At the trial the customs official making the examination for the appraiser testified that he examined 10 percent of the cases of water chestnuts and that the spoilage therein was uniform, and he had examined all 5 cases of the taros and found them spoiled. The importer testified that after the vegetables had been inspected they were thrown away in the presence of the examiner. On the record presented, and following *Huber* v. *United States* (5 Cust. Ct. 59, C. D. 370), the court held that 60 percent of the water chestnuts and all of the taros constitute a nonimportation. The collector was therefore directed to reliquidate the entry and make refund of duty accordingly.

BEFORE THE SECOND DIVISION, MARCH 29, 1944

**No. 49295.**— Protest 950392–G of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the curling irons in question are similar to those involved in Abstract 38680, the record in which was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 49296.**— Protests 60551–K, etc., of Bata Shoe Co., Inc., et al. (Baltimore, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 49297.**— Protests 73289–K, etc., of S. H. Kress Co. et al. (San Francisco and Seattle).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 29, 1944

**No. 49298.**— Protest 71630–K of Allen Forwarding Co. (Philadelphia).

KEEFE, Judge: This case involves three entries covering importations of certain jute webbing. Duty was assessed upon a total value found by multiplying the entered unit value by the net landed weight. The plaintiff claims that duty should